Royal F. Oakes (080480), roakes@ mail.hinshawlaw.com
James C. Castle (235551), jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff and Counter-Defendant
New England Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DIANE G. GEIGER, an individual, RHONDA KAY EINCK, an individual, THE ESTATE OF KENNETH M. GEIGER, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 14-CV-01785-TLN-CMK<br><br>**STIPULATION OF COUNSEL FOR AN EXTENSION OF TIME FOR NEW ENGLAND LIFE INSURANCE COMPANY MAY RESPOND TO DIANE G. GEIGER'S COUNTER-CLAIM; ORDER**<br><br>[Pursuant to Local Rule 144] |

Plaintiff and Counter-Defendant New England Life Insurance Company ("New England") and Defendant and Counterclaimant Diane G. Geiger ("Geiger"), by and through their respective counsel, hereby stipulate to extend the time within which New England may answer or otherwise respond to the Counterclaim filed by Geiger on September 29, 2014.

Specifically, Geiger and New England stipulate that New England shall have until <u>December 19, 2014</u> to file its responsive pleading to Geiger's Counterclaim. Good cause exists for this extension, as the parties are cautiously optimistic regarding the prospects of settling the entirety of the case. The parties are presently discussing settlement and are arranging to a settlement conference before a Magistrate Judge, which should be completed in November or early-December. The parties would like to save the time, effort and costs of motion practice with regard to Geiger's Counterclaim and focus those resources toward their settlement prospects.

Dated:  November 3, 2014           HINSHAW & CULBERTSON LLP


                                   By: */s/ James C. Castle*
                                       ROYAL F. OAKES
                                       JAMES C. CASTLE
                                       Attorneys for Plaintiff and Counter-Defendant New England Life Insurance Company


Dated:  November 3, 2014           LAW OFFICES OF KELLY LYNCH


                                   By: */s/ Kelly Lynch*
                                       KELLY LYNCH
                                       Attorneys for Defendant and Counterclaimant Diane G. Geiger

Having reviewed the parties' stipulation,

IT IS SO ORDERED.

Dated:  November 6, 2014

_____
Troy L. Nunley
United States District Judge