Royal F. Oakes (080480), roakes@ mail.hinshawlaw.com
James C. Castle (235551), jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiff and Counter-Defendant
New England Life Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, | CASE NO.: 14-CV-01785-TLN-CMK |
| Plaintiff, | **PARTIES' JOINT STIPULATION TO DISBURSE INTERPLEADER FUNDS FROM REGISTRY OF THE COURT IN ACCORDANCE WITH THE PARTIES' GLOBAL SETTLEMENT** |
| vs. | |
| DIANE G. GEIGER, an individual, RHONDA KAY EINCK, an individual, THE ESTATE OF KENNETH M. GEIGER, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff and Counter-Defendant New England Life Insurance Company ("New England"), Defendant and Counterclaimant Diane G. Geiger ("Geiger"), Defendant Rhonda Kay Einck ("Einck") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, New England Life deposited into the registry of the Court $249,283.79 in connection with the interpleader action ("Interplead Funds").

WHEREAS, Defendant, Counterclaimant Geiger, Einck and New England Life (collectively the "Parties") have agreed that payment of the Proceeds shall be as follows, which is part of a global settlement of the entire action:

Einck shall receive One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) of the Interplead Funds, plus half of any interest earned since deposit with the Court.  The check should be made payable as follows:

> Benjamin Blakeman Client Trust Account
> 611 Wilshire Blvd., Ste. 1208
> Los Angeles, CA 90017

Geiger shall receive Ninety Nine Thousand Two Hundred Eighty Three and 79/100 Dollars ($99,283.79) of the Interplead Funds, plus half of any interest earned since deposit with the Court.  The check should be made payable as follows:

> Kelly Lynch Attorney Trust Account
> Law Office of Kelly Lynch
> 702 Mangrove Ave # 231
> Chico, CA 95926

IT IS SO STIPULATED.

Dated:  December 4, 2014                    HINSHAW & CULBERTSON LLP


                                           By: */s/ James C. Castle*_____
                                               ROYAL F. OAKES
                                               JAMES C. CASTLE
                                               Attorneys for Plaintiff and Counter-
                                               Defendant New England Life
                                               Insurance Company


Dated:  December 4, 2014                    LAW OFFICES OF BENJAMIN
                                           BLAKEMAN


                                           By: */s/  Benjamin Blakeman*_____
                                               BENJAMIN BLAKEMAN
                                               Attorneys for Defendant and Cross-
                                               Defendant Rhonda Kav Einck


Dated:  December 4, 2014                    LAW OFFICES OF KELLY LYNCH


                                           By: */s/ Kelly Lynch*_____
                                               KELLY LYNCH
                                               Attorneys for Defendant and
                                               Counterclaimant Diane G. Geiger


        Having reviewed the parties' stipulation, the Court directs the Clerk of the

Court to disburse the interpleader funds as follows:


        Einck shall receive One Hundred Fifty Thousand and 00/100 Dollars

($150,000.00) of the Interplead Funds, plus half of any interest earned since deposit

with the Court.  The check should be made payable as follows:

                Benjamin Blakeman Client Trust Account
                611 Wilshire Blvd., Ste. 1208
                Los Angeles, CA 90017

HINSHAW &
CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071

Geiger shall receive Ninety Nine Thousand Two Hundred Eighty Three and 79/100 Dollars ($99,283.79) of the Interplead Funds, plus half of any interest earned since deposit with the Court.  The check should be made payable as follows:

    Kelly Lynch Attorney Trust Account
    Law Office of Kelly Lynch
    702 Mangrove Ave # 231
    Chico, CA 95926

IT IS SO ORDERED:


Dated:  December 16, 2014


Troy L. Nunley
United States District Judge

HINSHAW &
CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071